UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 9, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10CR00395-LKK-001 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ALFREDO DEL TORO, ) | |
| ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release   ALFREDO DEL TORO  , Case No. 2:10CR00395-LKK-001  , Charge   21USC § 846, 841(a)(1)  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $___

        ✔ Unsecured Appearance Bond $150,000.00

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other)   The defendant shall be released to the Pretrial Office on 9/10/2010 @ 8:30 a.m.

Issued at   Sacramento, CA   on   September 9, 2010   at   2:49 pm  .

                              By   /s/ Gregory G. Hollows
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court